

# Fourth Court of Appeals
## San Antonio, Texas

May 2, 2019

No. 04-19-00227-CV

**IN RE M.I.A., A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02030
The Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The court reporter's request for more time to file the reporter's record is granted. We order the court reporter to file the reporter's record by May 13, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further request for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court